UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1218
(1:23-cv-01836-RDB)

_____

STATE OF MARYLAND

       Plaintiff - Appellee

v.

3M COMPANY

       Defendant - Appellant

and

CORTEVA INC.; DUPONT DE NEMOURS INC.; EIDP, INC., f/k/a E.I. Dupont De Nemours & Company, Incorporated; CHEMOURS COMPANY

       Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:23-cv-01836-RDB |
| Date notice of appeal filed in originating court: | 03/12/2024 |
| Appellant | 3M Company |
| Appellate Case Number | 24-1218 |
| Case Manager | Taylor Barton 804-916-2702 |