UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1218
(1:23-cv-01836-RDB)
_____

STATE OF MARYLAND

    Plaintiff - Appellee

v.

3M COMPANY

    Defendant - Appellant

 and

CORTEVA INC.; DUPONT DE NEMOURS INC.; EIDP, INC., f/k/a E.I. Dupont De Nemours & Company, Incorporated; CHEMOURS COMPANY

    Defendants

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

    Joint appendix due: 06/07/2024

Opening brief due: 06/07/2024

Response brief due: 07/08/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk