No. 24-1218, 24-1270

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
_____

STATE OF MARYLAND,
        *Plaintiff-Appellee*,

v.

3M COMPANY,
        *Defendant-Appellant.*
_____

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCT LIABILITY LITIGATION
_____

STATE OF SOUTH CAROLINA,
*ex rel.* Alan M. Wilson, in his official capacity
as Attorney General of the State of South Carolina
        *Plaintiff-Appellee*,

v.

3M COMPANY,
        *Defendant-Appellant.*
_____

On Appeal from the United States District Court
for the District of Maryland, No. 1:23-cv-01836, and
the United States District Court for the District of South Carolina,
Nos. 2:18-Mn-2873 And 2:23-Cv-05979
_____

**NOTICE OF INTENT TO FILE JOINT BRIEF**
_____

| | |
|---|---|
| ALAN M. WILSON<br>Attorney General of South Carolina | ANTHONY G. BROWN<br>Attorney General of Maryland |
| W. JEFFREY YOUNG<br>Chief Deputy Attorney General<br>C.H. JONES, JR.<br>Senior Assistant Deputy Attorney General<br>JARED Q. LIBET<br>Assistant Deputy Attorney General<br>KRISTIN M. SIMONS<br>Senior Assistant Attorney General<br>DANIELLE A. ROBERTSON<br>Assistant Attorney General<br>P. O. Box 11549<br>Columbia, SC 29211<br>sjones@scag.gov<br>jlibet@scag.gov<br>ksimons@scag.gov<br>danirobertson@scag.gov<br>(803) 734-3970<br><br>*Attorneys for Plaintiff-Appellee*<br>*State of South Carolina* | PATRICIA V. TIPON<br>ADAM D. SNYDER<br>Assistant Attorneys General<br>1800 Washington Blvd, Suite 6048<br>Baltimore, Maryland 21230<br>patricia.tipon@maryland.gov<br>adam.snyder1@maryland.gov<br>(410) 537-3061<br>(410) 537-3943 (facsimile)<br><br>*Attorneys for Plaintiff-Appellee*<br>*State of Maryland* |

*Additional Counsel listed on Signature Page*

# NOTICE OF INTENT TO FILE JOINT BRIEF

The State of Maryland and the State of South Carolina, Plaintiffs-Appellees in these consolidated cases, previously moved this Court for permission to file separate briefs if these cases were consolidated. On May 14, 2024, the Court granted the motions to file separate briefs, "the combined length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e)."

After receipt of Defendant-Appellant's opening brief and upon further consideration of efficiency for the Court, the States have determined that they will be able to present their arguments through a joint brief. The joint brief will conform to the length limitations established by the Federal Rules of Appellate Procedure and pursuant to this Court's May 14th ruling.

Dated: July 3, 2024                    Respectfully submitted,

                                       /s/ *Ashley B. Campbell*
                                       ASHLEY B. CAMPBELL
                                       STEPHANIE D. BIEHL
                                       Sher Edling LLP
                                       100 Montgomery St., Suite 1410
                                       San Francisco, CA 94104
                                       stephanie@sheredling.com
                                       ashley@sheredling.com
                                       (628) 201-6035
                                       (628) 231-2929 (facsimile)

                                       *Attorneys for Plaintiff-Appellee*
                                       *State of Maryland*

ALAN M. WILSON
Attorney General of South Carolina
W. JEFFREY YOUNG
Chief Deputy Attorney General
C.H. JONES, JR.
Senior Assistant Deputy Attorney General
JARED Q. LIBET
Assistant Deputy Attorney General
KRISTIN M. SIMONS
Senior Assistant Attorney General
DANIELLE A. ROBERTSON
Assistant Attorney General
P. O. Box 11549
Columbia, SC 29211
sjones@scag.gov
jlibet@scag.gov
ksimons@scag.gov
danirobertson@scag.gov
(803) 734-3970

*Attorneys for Plaintiff-Appellee*
*State of South Carolina*

JONATHAN M. ROBINSON
FREDERICK N. HANNA, JR.
AUSTIN T. REED
Smith Robinson Holler Dubose & Morgan, LLC
3200 Devine Street
Columbia, SC 29205
jon@smithrobinsonlaw.com
fred.hanna@smithrobinsonlaw.com
austin.reed@smithrobinsonlaw.com
(803) 704-1178

*Attorneys for Plaintiff-Appellee*
*State of South Carolina*

ANTHONY G. BROWN
Attorney General of Maryland
PATRICIA V. TIPON
ADAM D. SNYDER
Assistant Attorneys General
1800 Washington Blvd, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
adam.snyder1@maryland.gov
(410) 537-3061
(410) 537-3943 (facsimile)

*Attorneys for Plaintiff-Appellee*
*State of Maryland*

VINCENT SHEHEEN
MICHAEL D. WRIGHT
Savage, Royall & Sheheen, LLP
1111 Church Street
P. O. Drawer 10
Camden, SC 29020-0000
vsheheen@thesavagefirm.com
mwright@thesavagefirm.com
(803) 432-4391

*Attorneys for Plaintiff-Appellee*
*State of South Carolina*

ALGERNON G. SOLOMONS, III
Speights & Solomons
100 Oak Street, E
Hampton, SC 29924
gsolomons@speightsandsolomons.com
(803) 943-4444

*Attorneys for Plaintiff-Appellee*
*State of South Carolina*

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I caused a copy of the foregoing Notice of Intent to File Joint Brief to be served via ECF on all counsel of record.

                                          /s/ *Ashley B. Campbell*
                                          ASHLEY B. CAMPBELL
                                          Sher Edling LLP
                                          100 Montgomery St., Suite 1410
                                          San Francisco, CA 94104
                                          ashley@sheredling.com
                                          (628) 201-6035