# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-1218 (L), State of Maryland v. 3M Company
1:23-cv-01836-RDB

TO: State of Maryland
3M Company
State of South Carolina ex rel Alan Wilson, Attorney General

RESPONSE DUE: 08/01/2024

Response is required to the notice requesting information regarding similar cases on or before 08/01/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Taylor Barton, Deputy Clerk
804-916-2702