# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-1218; 24-1270  Caption: State of Maryland v. 3M Co.; State of South Carolina v. 3M Co.

Argument Session For Which You Are Scheduled: October 29-November 1

Dates You Are Available To Argue in the Session (if any):

October 30 and November 1

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Party(ies) You Represent:

3M Company

08/05/2024                             /s/ Paul D. Clement
Date                                   Counsel Signature

11/29/2021 SCC