Nos. 24-1218, 24-1270

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

STATE OF MARYLAND,
        *Plaintiff-Appellee*,

v.

3M COMPANY,
        *Defendant-Appellant*.

_____

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

_____

STATE OF SOUTH CAROLINA,
*ex rel.* Alan M. Wilson, in his official capacity
as Attorney General of the State of South Carolina,
        *Plaintiff-Appellee*,

v.

3M COMPANY,
        *Defendant-Appellant*.

_____

On Appeal from the United States District Court
for the District of Maryland, No. 1:23-cv-01836, and
the United States District Court for the District of South Carolina,
Nos. 2:18-mn-2873 and 2:23-cv-05979

_____

**MOTION OF KATHERINE MORAN MEEKS FOR LEAVE TO
WITHDRAW AS COUNSEL FOR 3M COMPANY**

_____

Amir C. Tayrani
Katherine Moran Meeks
Zachary Tyree
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
(202) 955-8500
atayrani@gibsondunn.com
kmeeks@gibsondunn.com
ztyree@gibsondunn.com

Lauren R. Goldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2375
lgoldman@gibsondunn.com

*Counsel for 3M Company*

Katherine Moran Meeks respectfully moves this Court for an order granting her leave to withdraw as counsel for appellant 3M Company in these consolidated appeals. After August 9, 2024, Ms. Meeks will no longer be a partner at the law firm of Gibson, Dunn & Crutcher LLP. Neither this Court nor any party will be prejudiced by her withdrawal, as 3M Company will continue to be represented by Lauren R. Goldman, Amir C. Tayrani, and Zachary Tyree. Notice of Ms. Meeks's departure has been provided to 3M Company, which does not object to the motion for leave to withdraw. *See* 4th Cir. R. 46(c).

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |
| | */s/ Katherine Moran Meeks* |
| | Katherine Moran Meeks |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036 |
| | (202) 955-8258 |
| | kmeeks@gibsondunn.com |
| | *Counsel for 3M Company* |

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this motion complies with the applicable typeface, type style, and type-volume limitations.  This motion was prepared using a proportionally spaced type (Times New Roman, 14-point font).  Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 104 words.  This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

Dated:  August 8, 2024                             */s/ Katherine Moran Meeks*
                                                                                  Katherine Moran Meeks

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2024, I caused a copy of the foregoing Motion for Leave to Withdraw as Counsel to be served via ECF on all counsel of record.

*/s/ Katherine Moran Meeks*
Katherine Moran Meeks
