# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2024

_____

ORAL ARGUMENT ACKNOWLEDGMENT
FOLLOW-UP NOTICE

_____

No.  24-1218 (L), State of Maryland v. 3M Company
   1:23-cv-01836-RDB

DUE:  September 12, 2024

Counsel for **appellant(s)** must file an **oral argument acknowledgement form** by the due date shown above. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

/s/ NWAMAKA ANOWI, CLERK