UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1218 (L)
(1:23-cv-01836-RDB)
_____

STATE OF MARYLAND

      Plaintiff - Appellee

v.

3M COMPANY

      Defendant - Appellant

and

CORTEVA INC.; DUPONT DE NEMOURS INC.; EIDP, INC., f/k/a E.I. Dupont De Nemours & Company, Incorporated; CHEMOURS COMPANY

      Defendants

_____

No. 24-1270
(2:18-mn-02873-RMG)
(2:23-cv-05979-RMG)
_____

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

------------------------------

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, in his official capacity as Attorney General of the State of South Carolina

       Plaintiff - Appellee

v.

3M COMPANY

       Defendant - Appellant

and

CORTEVA INC.; DUPONT DE NEMOURS INC., New DuPont; EIDP, INC., f/k/a E. I. DuPont De Nemours & Company, Old DuPont; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC

       Defendants

_____

## TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*