# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 31, 2025

_____

RESPONSE REQUESTED

_____

No.   24-1218 (L),      State of Maryland v. 3M Company
                        1:23-cv-01836-RDB

TO:    3M Company

RESPONSE DUE: **April 10, 2025**

Please respond to the petition for rehearing en banc on or before April 10, 2025.
The response may not exceed 3900 words.

Richard H. Sewell, Deputy Clerk
804-916-2702