UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1218 (L)
(1:23-cv-01836-RDB)

_____

STATE OF MARYLAND

       Plaintiff - Appellee

v.

3M COMPANY

       Defendant - Appellant

 and

CORTEVA INC.; DUPONT DE NEMOURS INC.; EIDP, INC., f/k/a E.I. Dupont De Nemours & Company, Incorporated; CHEMOURS COMPANY

       Defendants

_____

No. 24-1270
(2:18-mn-02873-RMG)
(2:23-cv-05979-RMG)

_____

In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION

------------------------------

STATE OF SOUTH CAROLINA EX REL ALAN WILSON, in his official capacity as Attorney General of the State of South Carolina

        Plaintiff - Appellee

v.

3M COMPANY

        Defendant - Appellant

 and

CORTEVA INC.; DUPONT DE NEMOURS INC., New DuPont; EIDP, INC., f/k/a E. I. DuPont De Nemours & Company, Old DuPont; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC

        Defendants

_____

**M A N D A T E**

_____

The judgment of this court, entered March 7, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*