# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 27, 2025

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Maryland, et al.
v. 3M Company
No. 25-517
(Your No. 24-1218, 24-1270)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 24, 2025 and placed on the docket October 27, 2025 as No. 25-517.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst